UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TERRY KIDDER,

    Plaintiff,                                         Case No. 3:22-cv-84

vs.

ANDERSON MERCHANDISERS, LLC,      District Judge Michael J. Newman
                                                                Magistrate Judge Caroline H. Gentry

    Defendant.

_____

## ORDER CONDITIONALLY DISMISSING THIS CASE
_____

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within 30 days, reopen the action if settlement is not consummated. The Court retains jurisdiction over this action to enforce the terms of the parties' settlement agreement, if warranted.

**IT IS SO ORDERED.**

  December 8, 2022                                     s/Michael J. Newman
                                                                 Hon. Michael J. Newman
                                                                 United States District Judge